**In the Interest of I.A.L.,**

**and**

**In the Interest of I.M.L.**

**No. ED 83523.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 4, 2004.

Rehearing Denied July 8, 2004.

Stephen R. Southard, Cape Girardeau, MO, for appellant.

Matthew J. Koetting, Cape Girardeau, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and PATRICIA L. COHEN, J.

## ORDER

PER CURIAM.

Deanna Lopez ("Mother") appeals the judgment terminating her parental rights of I.A.L. and I.M.L. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).